**EXHIBIT 2:** INFRINGEMENT

URL: https://twitter.com/WatchHeartland/status/1407299829739376645?lang=en

